UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

*2025-cv-_____*

Lucio Celli,

Plaintiff,

v.

Randi Weingarten, Judge Cogan, AG Bondi and Pres. Trump, ANNA KARAMIGIOS, KAYALA BENSING, A. SMITH, JENNIFER STRAUBER, Kellman, BEN SILVERMAN, JAMIE SANTANA, and others,,

Defendants.

# PETITION FOR WRIT OF MANDAMUS, INJUNCTIVE RELIEF, AND OTHER APPROPRIATE REMEDIES w/ a request to **OPM & MSPB** — to order removal for suitability or misconduct under 5 C.F.R. part 731 as they sit with knowledge of EDNY clerks misuse of office by not docketing documents and aiding Randi Weingarten Judge Cogan to commit crimes against me under 18 USC § 241 –as they do not have to act in. terms of bringing criminal charge but they do have the obligation to inform the court of DOE/UFT misrepresenting the facts that do not follow the facts of Engelmayer's order with knowledge of Lehrburger's, Rearden's, and so on with criminal conduct of misusing their office for Randi Wiengarten and the UFT in furthering criminal conduct of obstruction to shield Randi Wiengarten from criminal or civil liability FOR 6 FUCKING years with EVIDENCE being FUCKING SUPRESSED for Randi and Cogan ---the fucking TRUTH MUST FUCKING COME OUT –

## I. INTRODUCTION

Petitioner respectfully seeks extraordinary relief under the All Writs Act (28 U.S.C. § 1651), the Mandamus Act (28 U.S.C. § 1361), the Administrative Procedure Act (5 U.S.C. § 706), and relevant constitutional provisions to compel the Department of Justice (DOJ) and named individual Respondents to discharge mandatory duties, set aside unlawful acts, correct court records, and bar certain officials from holding or seeking federal employment due to knowing participation in criminal conspiracies under 18 U.S.C. §§ 241, 245, 1503, 1512, and related statutes.

Over multiple years, DOJ attorneys, court officers, and others acted jointly and severally to deprive Petitioner of rights guaranteed under the Sixth Amendment, the Due Process Clause, and federal statutory law. These acts were not isolated mistakes but part of a deliberate scheme to protect politically connected individuals — notably **Randi Weingarten** and **Judge Nicholas G. Garaufis Cogan** — from legal accountability.

Petitioner does not claim a right to a "perfect trial," but rather the right to a **fair trial**, as articulated in *Strickland v. Washington*, 466 U.S. 668 (1984), and reinforced in *In re Murchison*, 349 U.S. 133 (1955). The record — including documentary evidence and audio recordings — shows that every core right to a fair tribunal was intentionally stripped away.

## II. JURISDICTION AND VENUE

1. **Jurisdiction:** 28 U.S.C. §§ 1331, 1361, 1651, 2201–2202.
2. **Venue:** 28 U.S.C. § 1391(b) because the relevant acts occurred in this District, records are maintained here, and Respondents are employed here.

## III. PARTIES

**Petitioner:** [Your Name], a U.S. citizen deprived of constitutional and statutory rights.

**Respondents:**

- **Anna Karamigios** – AUSA, SDNY; knowingly relied on and failed to correct false testimony.---knew and has access to audios of Kellman and Silverman with Bensing
- **Kayala Bensing** – AUSA, SDNY; misrepresented facts to Judge Engelmayer to protect Weingarten and Cogan.
- **A. Smith** – DOJ official with knowledge of misconduct.
- **Jennifer Strauber** – Former AUSA, SDNY; withheld evidence of Weingarten's pre-planned retaliation and assisted in obstruction; must be barred from future federal employment.

- **Ben Silverman** – Defense counsel; admitted conduct proving obstruction and deprivation of rights.
- **Jamie Santana** –Refused to follow Judge Engelmayer's orders, which are connected to Engelmayer's orders.
- **Aaron Mysliewic** —refused to enforce Engelmayer's order and knew that Cudina lied and did not bring this up to the judge—but Egnelmayer knew because he did not want me to enforce his order and it is the reason that I was violated
- 
- **Others:** Wolfe (Clerk's Office; altered records), Mysliwiec (counsel; blocked enforcement of court orders), Lombardo (false reports), Perez (falsified statements), and Cogan/Weingarten (central actors in conspiracy).

---

# IV. LEGAL DUTIES

## A. DOJ Non-Discretionary Obligations

- **Justice Manual §§ 1-4.100, 1-4.200, 1-4.310** – Mandatory reporting of misconduct to OPR or other authority (*Cheney v. U.S. Dist. Ct.*, 542 U.S. 367 (2004); *Allied Chemical Corp. v. Daiflon, Inc.*, 449 U.S. 33 (1980)).
- **Justice Manual § 9-5.001** – Prohibits reliance on false testimony (*Napue v. Illinois*, 360 U.S. 264 (1959); *Giglio v. United States*, 405 U.S. 150 (1972)).
- APA review of agency inaction or unlawful action: *Motor Vehicle Mfrs. Ass'n v. State Farm*, 463 U.S. 29 (1983); *Natural Res. Def. Council v. U.S. EPA*, 808 F.3d 556 (2d Cir. 2015).

## B. Federal Court Obligations

- **28 U.S.C. §§ 351–364** – Judicial misconduct procedures (*In re City of New York*, 607 F.3d 923 (2d Cir. 2010)).
- **Canon 3(B)(6)** – Judges must act on reliable misconduct evidence (*In re Murchison*, 349 U.S. 133 (1955); *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009)).
- **Guide to Judiciary Policy, Vol. 10, Ch. 6** – Accurate recordkeeping (*Tumey v. Ohio*, 273 U.S. 510 (1927)).

## C. Criminal Statutes

- **18 U.S.C. § 241** – Conspiracy to deprive rights (*United States v. Price*, 383 U.S. 787 (1966)).
- **18 U.S.C. § 245** – Interference with federally protected activities.
- **18 U.S.C. §§ 1503, 1512** – Obstruction (*United States v. Aguilar*, 515 U.S. 593 (1995); *United States v. Quattrone*, 441 F.3d 153 (2d Cir. 2006)).

## V. APPLICATION TO FACTS

Petitioner incorporates all incidents from 2018 to present, including but not limited to:

1. **False Testimony & Perjury:**
   - Karamigios knew Lombardo submitted a false report; knew Silverman is not a judge yet allowed him to commit perjury.
   - Cudina lied that Petitioner had no right to email Judge Engelmayer despite Engelmayer's order to the contrary; Karamigios admitted she "understood" but failed to act.
2. **Record Alteration & Withholding:**
   - Wolfe altered appeal records, changing supervisory statements that Petitioner's July 20, 2021 statements were "not willful."
   - Wolfe inserted false date (March 22, 2022) inconsistent with Engelmayer's explanation.
3. **Suppression of Motions:**
   - On July 21, 2021, Karamigios told the court Petitioner had sent her motions; these motions have been missing since.
4. **Withheld Exculpatory Evidence:**
   - Strauber withheld proof of Weingarten's retaliation for whistleblowing on a sexual image ("penis picture"), complaints to former U.S. Attorney Preet Bharara, and Cogan's misuse of his office to aid UFT wage theft.
   - Evidence tied directly to obstruction under 18 U.S.C. § 245 and NYS wage theft laws.
5. **Admissions of Misconduct:**
   - Silverman's admissions (via Pretrial Services audio or direct submission) prove deprivation of fair trial rights.
   - Santana refused to perform duties, enabling retaliation.
6. **Order Non-Enforcement:**
   - Mysliwiec blocked enforcement of Engelmayer's order and concealed exculpatory value.
   - AUSA Bensing lied to Engelmayer to prevent exposure of Weingarten/Cogan conduct; Engelmayer stated on the record he "didn't believe DOE counted as prosecutors," contrary to evidence.
7. **Resulting Harm:**
   - Wage theft and pension denial.
   - Intentional denial of HIV medication, leading to drug resistance.
   - Complete deprivation of Sixth Amendment rights — not merely an imperfect trial, but **no fair trial at all**.

## VI. RELIEF REQUESTED

Petitioner respectfully requests:

1. **Mandamus Order** compelling DOJ to investigate and act under the Justice Manual.
2. **APA Relief** setting aside DOJ's unlawful inaction as arbitrary, capricious, and contrary to law.
3. **Bar from Federal Employment** – Prohibit Strauber from any future federal position due to participation in 18 U.S.C. § 245 violations.
4. **Record Correction** – Order SDNY Clerk to restore accurate records and docket entries.
5. **Declaratory Judgment** – That Respondents' acts violated Petitioner's rights under the Constitution and statutes listed above.
6. **Any other relief** the Court deems just and proper.

DATED: August 10, 2025
Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
929-429-0155
Lucio.Celli.12@gmail.com

## Certificate of Service

I hereby certify that on [Date], a copy of the foregoing Motion to [Specify Relief Sought] was filed electronically. Notice of this filing will be sent by operation of the Court's electronic

filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

[Attorney's Name]