# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

*25-cv-6939/ 25-cv-6652*

Lucio Celli,

Plaintiff,

v.

Wolfe/ Weingarten,

Defendants.

Re: I understand, Your Honor, that you have not addressed my unintentional misstatement of fact, but you did not ignore, nor could I ever justify the idea that you ignored Kellman's admission with Kellman and in 21-cv-10455 I did not plead Silverman's admission. I need to apologize because the SDNY Pro Se Officer never sent me the IFP at FMC Lexington, so your dismissal was based solely on my failure to submit an IFP form, and not on any contribution to the deprivation of HIV medication.

I am not even sure if I should call my conduct "unintentional," because I know that in documents and emails, I mentioned the fact that I was never sent the IFP form by the Pro Se Office.

I was able to reach Clerk Wolfe by phone, and she assisted me with docketing 25-1886. I apologized for my behavior and said that, regardless of what has happened or will happen, nothing justifies acting in such a manner. I followed up with a voicemail stating that I wish I could promise never to behave that way again, but I do not know or have figured out what triggers me to the next level.

This has troubled me for several weeks, as I realized I unfairly grouped you with others, which is not accurate. It has not happened yet, but if I complain of ignoring or whatever for Randi Weingarten, then I need do the same irrespective of what is being politically done for Randi Weingarten.

There was something else I needed to apologize for, but I cannot recall it at the moment.

**Respectfully submitted,**

/s/ Lucio Celli

DATED: 9/15/25
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
929-429-0155
Lucio.Celli.12@gmail.com