UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIO CELLI,

Plaintiff,

-against-

RANDI WEINGARTEN, ET AL.,

Defendants.

25-cv-6652 (LLS)

CIVIL JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the October 24, 2026, order, the Court denies Plaintiff reconsideration relief and imposes that proposed filing injunction upon him. The Court hereby bars Plaintiff from filing any future civil action in this court IFP without first obtaining leave of the court to do so. See 28 U.S.C. § 1651. Judgment is hereby entered dismissing this action for the reasons set forth in the July 30, 2026 order and noting that, pursuant to this order, Plaintiff is barred from filing any future civil action in this court IFP without first obtaining leave of the court to do so.

Dated: November 2, 2026
New York, New York

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**